AMOS CUTTER *vs.* HENRY COLLINS.

A note given to a father by the defendant in a bastardy process instituted by his
daughter, in settlement of such process, and in consideration of her relin-
quishment of all claim for support of the child, is founded upon sufficient
consideration, and may be sued in the name of the father, although he was
but trustee for his daughter.

THIS was an action of assumpsit upon a note, of which the
following is a copy : " Charlestown, December 6, 1849. Value
received, I promise to pay Amos Cutter, or order, three hun-
dred dollars, to wit, fifteen dollars in cash, ten dollars in twelve
days, and the balance in payments of twelve dollars, fifty cents
each, till all is paid ; the payments are to be made every two
months. $300. Henry Collins. Witness, Josiah Brackett."

The defendant relied upon a want of consideration, and
at the trial before *Bishop,* J., in the court of common pleas,
March term, 1852, he introduced evidence tending to show
that the note was given on settlement of a bastardy process
instituted by a daughter of the plaintiff, under Rev. Sts. *c.* 49 ;
that the defendant was under arrest on said process, and that,
upon giving the note now in suit, and in consideration thereof,
the proceedings were stopped, and all claim for the support of
the child relinquished, and that the note was given in trust
for the benefit of the daughter. It also appeared that, at the
time of the seduction, and for a long time before, and till the
trial, the daughter of the plaintiff was in his family, and that
the relation of master and servant existed between them.
The court instructed the jury that if they found that the
note was given to the father in trust for the daughter, and that
the staying of the process was the consideration thereof, or
if they found that the relation of master and servant existed
between the plaintiff and his daughter, the plaintiff was enti-
tled to recover. The verdict was for the plaintiff, and the de-
fendant alleged exceptions.

*J. Davis,* for the defendant.

*J. Q. A. Griffin,* for the plaintiff.

20 *

By THE COURT.   The instructions as to consideration were right; the suit was rightly brought on the note in the name of the payee.                              *Exceptions overruled.*